NO. 2014-004069-2

FILED
TARRANT COUNTY TEXAS
2015 OCT 19 AM 9: 04

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
BY 10/20/2015 11:13:15 AM
DEBRA SPISAK
Clerk

IN THE
COURT OF APPEALS
TARRANT COUNTY, TEXAS

SUNOSKY v. ALLEN A. RAD LAW FIRM

Original Proceeding from the Court of Appeals,
The Honorable Vince Sprinkle, Presiding

The appeal is from Second District of Texas of Court of Appeals in cause number 2014-004069-2. The judgment was signed on September 23, 2015. Thuy Sunosky desire to appeal to the Second Court of Appeals and, hereby, give notice of appeal.

**ORAL ARGUMENT REQUESTED**

Thuy Sunosky
5932 Broadway Avenue
Haltom City, Texas 76117
(832) 423-1344

*Pro Se Litigant*

SCANNED

OCT 19 2015

CAUSE No. 2014-004069-2

**THUY SUNOSKY**, APPELLANT
IN THE JUDICIAL DISTRICT COURT
vs.
TARRANT COUNTY, TEXAS
**ALLEN A. RAD LAW FIRM**, APPELLEE
SECOND DISTRICT OF TEXAS


   This Notice of Appeal is filed by Thuy Sunosky, Appellant, a party to this proceeding who seeks to alter the trial court's decision of September 23, 2015.

1. The trial court, cause number, and style of this case are shown in the caption above.
2. The motion for an appeal was signed on September 23, 2015.
3. Thuy Sunosky desires to appeal all portions of the judgment.
4. This appeal is being taken to the Court of Appeals, Tarrant County, Texas.
5. This notice of appeal is being filed by Thuy Sunosky.

Respectfully submitted,

Thuy Sunosky

5932 Broadway Avenue

Haltom City, Texas 76117

(832) 423-1344


By: _Thuy Sunosky_